THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv111

| | |
|---|---|
| **PAMELA L. ALEXANDER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **MARISSA PALKUTI, DR. PETZEL, DEBRA NAVE,** | ) |
| **MARY RAYMER, and KATHY HEAPHY,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court *sua sponte* to dismiss this action without prejudice.

On October 18, 2011, the Court provided notice to the Plaintiff who appears in this action *pro se* that "unless good cause is shown for the failure to effect service of the summons and complaint on the Defendants" on or before fifteen days from that date, "this action shall be dismissed without prejudice." [Doc. 5]. The fifteen day period expired on November 2, 2011 and the Plaintiff has not provided any explanation or made any filing in response to the Court's directive. As a result, the action will be dismissed.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED** without prejudice.

Signed: November 14, 2011

Martin Reidinger
United States District Judge